**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1586**

MICHAEL A. SCOTT,

　　　　　Plaintiff - Appellant,

　　v.

LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL
INFORMATION SERVICES, INC.; DOCX LLC; US BANK NATIONAL
ASSOCIATION; DLJ MORTGAGE CAPITAL, INC.; WELLS FARGO BANK
NATIONAL ASSOCIATION; MERSCORP, INC.; RONALD E. MEHARG;
LINDA GREEN; JOSHUA J. WESSEL; SEAN NIX; DONNA HULL,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:11-cv-00298-RAJ-DEM)

Submitted: September 7, 2012　　Decided: September 17, 2012

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael A Scott, Appellant Pro Se. Joseph Townzen Rezabek,
LECLAIR RYAN, PC, Richmond, Virginia; Stanley Graves Barr, Jr.,
Andrew Kelly Rudiger, KAUFMAN & CANOLES, PC, Norfolk, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Scott appeals the district court's order granting the Appellants' motion to dismiss and for summary judgment and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Lender Processing Servs., Inc., No. 2:11-cv-00298-RAJ-DEM (E.D. Va. April 2, 2012). We grant Scott's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED